IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| FOREST E. KINNAMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 11-0228-CV-W-DGK |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

Having considered the Stipulation of Dismissal with Prejudice (Doc. 14), it is hereby

ORDERED that the above-listed case is dismissed with prejudice, with each party to bear its own costs and attorneys fees.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: August 9, 2011